# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **RICHARD W. MORIN,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | )   Civil No.   08-192-P-S |
| | ) |
| **STEVE MORSE, et al.,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket # 9) filed July 22, 2008, the Recommended Decision is AFFIRMED.

Accordingly, the Complaint (Docket # 1) is hereby DISMISSED pursuant to 28 U.S.C. § 1915A and the Court's finding that the Complaint fails to state a claim upon which relief may be granted.

SO ORDERED.

 /s/ George Z. Singal
Chief United States District Judge

Dated this 12th day of August, 2008.